IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION



2006 JUN -5  P 3: 20

KENNETH DEWAYNE GRAVITT,

Plaintiff,

vs.

CIVIL ACTION NO.: CV605-150

HUGH SMITH; DEBRA M. KIGHT;
JOHNNY SMITH; M. S. FLEMING;
JIMMY CHAUNCEY; SANDRA
MOORE; BRIAN TOMLIN; Counselor
ROUNTREE; JOHN DOE, P.R.C.
Review Board, and JANE DOE,
Mailroom staff,

Defendants.

## ORDER

Plaintiff filed this complaint on December 29, 2005. Plaintiff has neither paid the $250.00 filing fee nor submitted a motion and affidavit to proceed in forma pauperis. Plaintiff shall have until June 23, 2006, to either pay the required filing fee or submit the appropriate motion and affidavit to proceed in forma pauperis. If Plaintiff fails to comply with this Order, this case will be dismissed, without prejudice.

**SO ORDERED**, this 5th day of June, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)